IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEMARIO SHAWN BARNES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:14-CV-28-TMH |
| | )          (WO) |
| SIMONE PARKER, | ) |
| | ) |
| Defendant. | ) |

# ORDER

The magistrate judge entered a recommendation in this case to which no timely objections have been filed. After a review of the recommendation and after an independent and de novo review of the entire record, the court finds that the recommendation should be adopted.

Accordingly, it is ORDERED that the recommendation of the magistrate judge (doc. no. 13) is adopted and that defendant's motion for summary judgment (doc. no. 10) is granted.

A separate judgment shall issue.

Done this 22nd day of July, 2014.

      /s/ Myron H. Thompson_____
UNITED STATES DISTRICT JUDGE